922 A.2d 881

John RICHWINE, Respondent,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.

Supreme Court of Pennsylvania.

May 1, 2007.

## *ORDER*

PER CURIAM.

The Petition for Allowance of Appeal is GRANTED, and the order of the Commonwealth Court is REVERSED pursuant to *McGrory v. PennDOT*, 591 Pa. 56, 915 A.2d 1155 (2007). Jurisdiction relinquished.